PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Victor Brito-Arias  Cr.: 09-00380-01
PACTS Number: 51798

Name of Sentencing Judicial Officer: Dickinson R. Debevoise, Sr. USDJ

Date of Original Sentence: 09/22/09

Original Offense: Importation of Counterfeit U.S. Currency

Original Sentence: 12 months and 1 day imprisonment (consecutive to the state sentence), 2 years supervised release, $100 special assessment

Type of Supervision: Supervised Release  Date Supervision Commenced: 12/26/12

## PETITIONING THE COURT

[ ] To extend the term of supervision for     Years, for a total term of     Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

On January 4, 2013, the offender reported to the office under the influence of alcohol. Two separate breathalyzers produced a blood alcohol content of .013% and .015%, respectively.

Respectfully submitted,

By: Denise Morales
   U.S. Probation Officer
Date: 01/15/13

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Jan. 16, 2013
_____
Date